**Elsa Solveig BILLINGHAM,**
**Plaintiff–Appellant,**

v.

**STATE of Alaska, Department of Transportation and Public Facilities, Defendant–Appellee.**

No. 08–35781.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 6, 2010.

Elsa Solveig Billingham, Anchorage, AK, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Brenda Page, Attorney General's Office, Anchorage, AK, for Defendant–Appellee.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Elsa Solveig Billingham appeals pro se from the district court's summary judgment in her employment action alleging sex and age discrimination and retaliation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Leong v. Potter,* 347 F.3d 1117, 1123 (9th Cir.2003). We affirm.

The district court properly granted summary judgment on Billingham's discrimination and retaliation claims because she failed to raise a genuine issue of material fact as to whether similarly situated employees were treated more favorably, *see id.* at 1124 (finding that the plaintiff's "proposed comparators [we]re not similarly situated because they were not subject to [a Last Chance Agreement]"), and as to whether defendant's reason for terminating her and classifying her as ineligible for rehire was pretextual, *see id.* at 1124–25 (affirming summary judgment where the plaintiff did not raise any genuine issues of material fact as to whether the employer's legitimate, nondiscriminatory reason for the challenged employment action was pretextual); *Manatt v. Bank of Am., NA,* 339 F.3d 792, 801 (9th Cir.2003) (affirming summary judgment on retaliation claim). Moreover, Billingham failed to show a causal connection between her administra-

tive complaints and her termination and ineligibility for rehire. *See Manatt,* 339 F.3d at 802.

We do not address issues that Billingham has not raised or argued on appeal. *See Cook v. Schriro,* 538 F.3d 1000, 1014 n. 5 (9th Cir.2008).

Billingham's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).